UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BISHOP F.F. BEST,

                Plaintiff,

-against-

HOMETECH BUILDING CORPORATION,

                Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV-2192 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 15 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 13, 2005, dismissing plaintiff's complaint for lack of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's complaint is dismissed for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
       July 14, 2005

                                                          ROBERT C. HEINEMANN
                                                        Clerk of Court